**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FAITH TOWNSEND, | ) | Case No. 1:21-cv-02226 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | |
| | ) | |
| ROCKWELL AUTOMATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

The Court filed its Order in this matter. Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.** Dated: February 22, 2022

J. Philip Calabrese United
States District Judge
Northern District of Ohio