UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FAITH TOWNSEND, | ) | Case No. 1:21-cv-02226 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge Thomas M. Parker |
| | ) | |
| ROCKWELL AUTOMATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**OPINION AND ORDER**

On January 1, 2024, Ms. Townsend sought reconsideration of the Court's Opinion and Order declining to set aside its judgment. Upon review, again, of her original motion and the motion for reconsideration filed on January 1, 2024, the Court remains of the views expressed in its ruling of December 27, 2023. Therefore, the Court **DENIES** the motion.

**SO ORDERED.**

Dated: January 2, 2024

J. Philip Calabrese
United States District Judge
Northern District of Ohio